# Court of Appeals, State of Michigan

## ORDER

Stenzel v Best Buy Co, Inc.

Docket No. 328804

LC No. 14-000527-NO

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

---

The Court orders that a special panel shall be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *Williams v Arbor Home, Inc*, 254 Mich App 439; 656 NW2d 873 (2002), vacated in part on other grounds 469 Mich 898 (2003).

The Court further orders that part II(C) of the opinion in this case, released on December 22, 2016, is vacated in its entirety. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellees may file a supplemental brief within 21 days of the service of appellant's brief.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 1 7 2017

Date

Chief Clerk